# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                    **Crim. No. 4:05-CR-59-1H**

**WILLIAM THOMAS FIELDS**

On April 28, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dwayne K. Benfield                    /s/ Michael W. Dilda
Dwayne K. Benfield                        Michael W. Dilda
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          201 South Evans Street, Rm 214
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2342
                                          Executed On: January 12, 2018


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of January 2018.


Malcolm J. Howard
Senior U.S. District Judge